Joel E. Elkins (SBN 256020)
Email: jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd, Suite 450
Beverly Hills, CA 90210
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCB BANCORP, DONALD G. SCANLIN, JOHN W. RUSSELL, DAVID BRUBAKER, GEORGE R. MELTON, MARTIN POPS, DIETRICH SCHMIDT, WILLIAM B. SECHREST, ESTHER WACHTELL, LAWRENCE E. WILDE III, and SIERRA BANCORP,<br><br>Defendants. | Case No. 2:17-cv-04925<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

//

//

1
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1(A) (i)


| | |
|---|---|
| Dated: October 10, 2017 | **WEISSLAW LLP** |
| | By: _____ |
| **OF COUNSEL:** | Joel E. Elkins (SBN 256020) |
| | 9107 Wilshire Blvd, Suite 450 |
| **RIGRODSKY & LONG, P.A.** | Beverly Hills, CA 90210 |
| Brian D. Long | Telephone: (310) 208-2800 |
| Gina M. Serra | Facsimile: (310) 209-2348 |
| 2 Righter Parkway, Suite 120 | Email: jelkins@weisslawllp.com |
| Wilmington, DE 19803 | |
| Telephone: (302) 295-5310 | *Attorneys for Plaintiff* |
| | |
| **RM LAW, P.C.** | |
| 1055 Westlakes Drive, Suite 300 | |
| Berwyn, PA 19312 | |
| Telephone: (484) 324-6800 | |

# CERTIFICATE OF SERVICE

I, Joel E. Elkins, hereby certify under penalty of perjury that on October 10, 2017, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** to be served upon the following parties:

All Parties of Record (via CM/ECF)

                                                s/ *Joel E. Elkins*
                                                   Joel E. Elkins